# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **BARRY KUSHELOWITZ and KERRI BALDWIN**, on behalf of themselves and all others similarly situated,<br><br>          **Plaintiffs,**<br>     -against-<br><br>**TEVA PHARMACEUTICALS, USA, INC. and TEVA SALES AND MARKETING, INC.**,<br><br>          **Defendants.** | Case No. 2:22-cv-07599 |

### NOTICE OF PLAINTIFF'S *UNOPPOSED* MOTION FOR ORDER APPROVING SETTLEMENT OF COLLECTIVE ACTION AND AUTHORIZING NOTICE OF SETTLEMENT, <u>AND DISMISSAL WITH PREJUDICE</u>

**To:**   Michael G. Greenfield
         Larry J. Rappoport
         **STEVENS & LEE, P.C.**
         1500 Market Street
         East Tower, Suite 1800
         Philadelphia, PA 19102
         *Attorneys for Defendants*

**PLEASE TAKE NOTICE** that on **October 21, 2024**, or as soon thereafter as counsel may be heard, the undersigned attorneys for Plaintiffs, Barry Kushelowitz and Kerri Baldwin (collectively, "Plaintiffs"), shall move before the United States District Court for the District of New Jersey, before the Honorable Magistrate Judge Jose R. Almonte, by agreement of the Parties as further detailed in the accompanying

1

memorandum of law, at Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07102, for an Order Approving the Parties' Settlement of Collective Action and Authorizing Notice of Settlement and Dismissal with Prejudice. As set forth in the accompanying memorandum of law, exhibits, and declarations, in support of this motion, respectfully, Plaintiffs' unopposed request should be granted, the Parties' settlement agreement approved, and the case dismissed with prejudice pursuant to the details of the Parties' settlement agreement, with this Court to retain continuing jurisdiction over this matter to construe, interpret and enforce the provisions of the Parties' settlement agreement, as further detailed in the accompanying documents.

**PLEASE TAKE FURTHER NOTICE** that the instant Motion is being filed as unopposed pursuant to the Parties' Settlement Agreement.

Dated: September 13, 2024          Respectfully Submitted,

*/s/ Paolo Meireles*
Paolo Meireles
Tamra Givens*
**SHAVITZ LAW GROUP, P.A.**
951 Yamato Road, Suite 285
Boca Raton, FL  33431
(561) 447-8888

*Attorneys for Plaintiffs*

*Pro Hac Vice

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of Court using CM/ECF on **September 13, 2024**. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

*/s/ Paolo C. Meireles*
Paolo C. Meireles

## **SERVICE LIST**

*Kushelowitz, et al. v. Teva Pharmaceuticals, USA, Inc., et al.*
**CASE NO.: 2:22-cv-07599**
**United States District Court for the District of New Jersey**

Michael G. Greenfield
Larry J. Rappoport
**STEVENS & LEE, P.C.**
1500 Market Street
East Tower, Suite 1800
Philadelphia, PA 19102

*Attorneys for Defendants*