IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **BARRY KUSHELOWITZ and KERRI BALDWIN**, on behalf of themselves and all others similarly situated,<br><br>     **Plaintiffs,**<br> -against-<br><br>**TEVA PHARMACEUTICALS, USA, INC. and TEVA SALES AND MARKETING, INC.**<br><br>     **Defendant.** | Case No. 2:22-cv-07599 |

**AGREED ORDER ON PLAINTIFFS' UNOPPOSED MOTION FOR ORDER APPROVING SETTLEMENT OF COLLECTIVE ACTION AND AUTHORIZING <u>NOTICE OF SETTLEMENT AND DISMISSAL WITH PREJUDICE</u>**

THIS MATTER came before the Court upon the Plaintiffs' Unopposed Motion for Order Approving Settlement of Collective Action and Authorizing Notice of Settlement and Dismissal with Prejudice (the "Motion"). Having reviewed the Motion and the Settlement Agreement, and the Court being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** as follows:

The Motion is GRANTED. The Court finds that the Parties' Settlement is fair, reasonable and just in all respects.

1. The Parties' Settlement is APPROVED in its entirety.
2. Plaintiffs' proposed Notice of Settlement, Consent to Join and Release Form, and procedure for distribution of the settlement proceeds are APPROVED. The language to be included in the Notice of Settlement of Collective Action Lawsuit and Consent

to Join and Release Form is approved, and Qualified Claimants will be bound by the Release and are enjoined from pursuing the Released Claims.

3. The Court APPROVES the General Release Payments for the General Release Payment Recipients.

4. The Court APPROVES Plaintiffs' request for fees in the amount of one-third of the Gross Fund and requested costs.

5. This Action is DISMISSED WITH PREJUDICE in its entirety.

6. This Court will RETAIN JURISDICTION to enforce the Settlement.

7. The case is closed and all pending motions are denied as moot.

8. All capitalized terms as used in this Order shall have the same meaning and effect as defined in the Settlement Agreement.

DONE AND ORDERED in Chambers this 30th day of September 2024.

s/ *Susan D. Wigenton*
UNITED STATES DISTRICT JUDGE

Copies to: All Counsel of Record